AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Presnell, Gregory A. | Middle Dist/FL, Orlando Div. | 3/18/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

401 West Central Blvd.
Suite 5-750
Orlando, FL 32801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Grande Quay Homeowners Assoc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Akerman, LLP law firm compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 (CB) | A | Interest | K | T | | | | | |
| 3. SunTrust MMA | A | Interest | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. TD Ameritrade GP Trust | | | | | | | | | |
| 6. Vanguard Sm Cap. Index | A | Dividend | K | T | | | | | |
| 7. Vanguard S&P 500 fund | A | Dividend | K | T | | | | | |
| 8. Vanguard Developd Mkt | A | Dividend | K | T | | | | | |
| 9. Vanguard Windsor II | A | Dividend | | | Sold | 08/21/17 | K | | |
| 10. Vanguard Inter-Term T/E Bond | B | Dividend | L | T | | | | | |
| 11. Vanguard Short-Term Bd. Index | A | Dividend | K | T | | | | | |
| 12. Vanguard Tips Bd. | B | Dividend | L | T | | | | | |
| 13. iShares S&P Natural Resources | A | Dividend | J | T | Sold (part) | 08/21/17 | J | | |
| 14. iShares Barclays Tips | A | Dividend | K | T | | | | | |
| 15. iShares S&P 500 Index | A | Dividend | K | T | | | | | |
| 16. iShares MSCI Emer. Mkt. ICX | A | Dividend | J | T | | | | | |
| 17. iShares MSCI EAFE Idx | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Russell 2000 Idx | A | Dividend | K | T | | | | | |
| 19. iShares 2017 S&P AMT-free | A | Dividend | | | Redeemed | 09/08/17 | K | | |
| 20. Beal BK USA Las Vegas CD | A | Interest | K | T | Buy | 11/07/17 | K | | |
| 21. DFA 5 year Global Fixed | A | Dividend | K | T | | | | | |
| 22. Nuveen Muni. Val. | B | Dividend | K | T | | | | | |
| 23. Vanguard Div. Appr. ETF | A | Dividend | J | T | | | | | |
| 24. Vanguard Emer. Mkt. ETF | A | Dividend | J | T | | | | | |
| 25. | | | | | | | | | |
| 26. Vanguard Div. Gr. | C | Dividend | M | T | | | | | |
| 27. Fidelity Tax Free Bd. | B | Dividend | K | T | | | | | |
| 28. Harbor International | A | Dividend | K | T | | | | | |
| 29. Lazard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 30. Loomis Sayles Bond | A | Dividend | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. iShares Tr 2019 S&P AMT | A | Dividend | K | T | | | | | |
| 33. T Rowe Price Div. Gr. | A | Dividend | J | T | | | | | |
| 34. SEI High Yield Bd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Goldman Sachs Bk, 2018 | A | Interest | K | T | | | | | |
| 37. Fla. BOE Bd | A | Interest | J | T | | | | | |
| 38. DFA Int'd Term Muni Bond | A | Dividend | K | T | | | | | |
| 39. DFA Short Term Muni Bond | A | Dividend | K | T | | | | | |
| 40. iShares Tr. 2018 STP AMT Free | A | Dividend | K | T | | | | | |
| 41. | | | | | | | | | |
| 42. Pimco All Asset | B | Dividend | L | T | | | | | |
| 43. Kraft Foods | A | Dividend | K | T | | | | | |
| 44. Unilever | A | Dividend | K | T | | | | | |
| 45. iShares S&P Midcap 400 Index | A | Dividend | K | T | | | | | |
| 46. Vanguard Consumer Staples Idx | B | Dividend | L | T | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. iShares iBoxx Corp Bond | B | Dividend | L | T | | | | | |
| 50. Dodge & Cox Income | C | Dividend | M | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lord Abbett Short Duration Income | A | Dividend | L | T | | | | | |
| 53. iShares Barclays 3-7 year treasury | A | Dividend | L | T | | | | | |
| 54. | | | | | | | | | |
| 55. Vanguard Mid-Cap Index | A | Dividend | J | T | | | | | |
| 56. TD Ameritrade Money Mkt Acct | A | Dividend | M | T | | | | | |
| 57. | | | | | | | | | |
| 58. TD Ameritrade CB Trust | | | | | | | | | |
| 59. Vanguard Prime MM Fd. and Cash | A | Dividend | J | T | | | | | |
| 60. Vanguard Equity Income Fd. | A | Dividend | K | T | | | | | |
| 61. Vanguard Sm. Cap. Index Fd. | A | Dividend | K | T | | | | | |
| 62. Vanguard Inflation Protected Sec. | B | Dividend | L | T | | | | | |
| 63. Vanguard Inter. Term Tax Ex. | C | Dividend | M | T | | | | | |
| 64. DFA 5 year Global Fixed Income | A | Dividend | K | T | | | | | |
| 65. Powershares QQQ | A | Dividend | J | T | | | | | |
| 66. Vanguard Div. Appr. ETF | A | Dividend | L | T | | | | | |
| 67. Vanguard Emer. Mkt ETF | A | Dividend | J | T | | | | | |
| 68. iShares Trust 2019 S&P AMT Free | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Tax Free Bd | C | Dividend | M | T | | | | | |
| 70. Dodge & Cox Intern'l | B | Dividend | L | T | | | | | |
| 71. Harbor Int'l | A | Dividend | K | T | | | | | |
| 72. DFA Short Term Muni Bond | A | Dividend | L | T | | | | | |
| 73. Loomis Sayles Bd. | D | Dividend | M | T | | | | | |
| 74. iShares Amt., 2017 | A | Dividend | | | Redeemed | 09/08/17 | K | A | |
| 75. DFA Int'l Core Eq | B | Dividend | L | T | Buy | 08/28/17 | L | | |
| 76. DFA US Large Cap Val | A | Dividend | L | T | Buy | 08/28/17 | K | | |
| 77. Beal USA Las Vegas CD | A | Interest | K | T | Buy | 11/07/17 | K | | |
| 78. US Treas. Strip, 2017 | A | Interest | | | Redeemed | 05/15/17 | K | B | |
| 79. TD Ameritrade Money Mkt Account | A | Interest | M | T | | | | | |
| 80. FPA Crescent | A | Dividend | | | Sold | 08/21/17 | L | D | |
| 81. GE Cap. 2018 | A | Interest | K | T | | | | | |
| 82. Nuveen Mun. Value Fund | B | Dividend | K | T | | | | | |
| 83. iShares Russell 1000 Gr. | B | Dividend | M | T | Buy (add'l) | 08/28/17 | L | | |
| 84. iShares Russell 1000 Val. | A | Dividend | K | T | | | | | |
| 85. Alliance Bern Muni | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares Russ. 2000 | A | Dividend | L | T | | | | | |
| 87. iShares MSCI Emer. Mkt. | A | Dividend | K | T | Buy (add'l) | 08/28/17 | K | | |
| 88. iShares Barclays Tips | B | Dividend | L | T | | | | | |
| 89. iShares S&P NA Nat. Resource | A | Dividend | | | Sold | 08/21/17 | K | A | |
| 90. iShares MSCI EAFE | A | Dividend | K | T | | | | | |
| 91. Fidelity NASDAQ | A | Dividend | K | T | | | | | |
| 92. iShares DJ Select Div. | A | Dividend | K | T | | | | | |
| 93. Goldman Sachs Bk USA | A | Interest | K | T | | | | | |
| 94. TD Ameritrade Money Mkt Account | A | Interest | L | T | | | | | |
| 95. Chevron | A | Dividend | | | Sold | 08/21/17 | K | B | |
| 96. General Electric | A | Dividend | | | Sold | 08/21/17 | K | B | |
| 97. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 98. iShares Tr 2018 S&P AMT Free | A | Dividend | K | T | | | | | |
| 99. Vanguard Short Term Tax Exempt | A | Dividend | L | T | | | | | |
| 100. Verizon | A | Dividend | J | T | | | | | |
| 101. Vanguard Emerging Markets Stock Index | A | Dividend | K | T | | | | | |
| 102. Discover Bank CD | A | Interest | K | T | Buy | 11/07/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Annuity (CB) (1) | | | | | | | | | |
| 104. --Money Market Portfolio | | None | J | T | | | | | |
| 105. --Total Bond Market Index Portfolio | | None | L | T | Buy | 11/07/17 | K | | |
| 106. --Short Term Investment Grade Portfolio | | None | K | T | | | | | |
| 107. --Diversified Value Portfolio | | None | | | Sold | 11/07/17 | K | | |
| 108. --Equity Income Portfolio | | None | K | T | | | | | |
| 109. --Equity Index Portfolio | | None | J | T | Sold | 11/07/17 | J | | |
| 110. --Growth Portfolio | | None | K | T | | | | | |
| 111. --Mid-Cap Index Portfolio | | None | J | T | Sold | 11/07/17 | J | | |
| 112. --Small Company Growth Portfolio | | None | K | T | | | | | |
| 113. --International Portfolio | | None | K | T | | | | | |
| 114. --Total Stock Market Index Portfolio | | None | K | T | Buy | 11/07/17 | K | | |
| 115. --High Yield Bond Portfolio | | None | K | T | | | | | |
| 116. --Balanced Portfolio | | None | J | T | | | | | |
| 117. --REIT Index Portfolio | | None | J | T | Sold | 11/07/17 | K | | |
| 118. | | | | | | | | | |
| 119. Jetport Ltd., Orange County, FL (2) | | None | J | W | Sold (part) | 01/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. Wetherbee Ltd., Orange County, FL | | None | N | W | | | | | |
| 122. | | | | | | | | | |
| 123. Airport Industrial, Ltd., Orange County, FL (2) | | None | K | W | | | | | |
| 124. | | | | | | | | | |
| 125. IRA (CB) | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 128. | | | | | | | | | |
| 129. S&P Nat Resources | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 130. iShares Barclays Tips | A | Dividend | K | T | | | | | |
| 131. iShares Barclays Agg. Bd. Fd. | A | Dividend | K | T | | | | | |
| 132. iShares Barclays 3-7 Yr. Treas. | A | Dividend | K | T | | | | | |
| 133. US Strip 2018 | A | Interest | K | T | Buy | 01/04/17 | K | | |
| 134. | | | | | | | | | |
| 135. Pimco Emer. Bond | A | Dividend | J | T | | | | | |
| 136. TD cash | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Lord Abbett Short Duration Fund | A | Dividend | K | T | | | | | |
| 138. Dodge and Cox Income Fund | B | Dividend | K | T | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. TD Ameritrade (GP IRA) | | | | | | | | | |
| 142. TD Ameritrade Money Mkt Account | A | Dividend | M | T | | | | | |
| 143. Harbor Int'l | | None | | | Sold | 08/28/17 | L | D | |
| 144. Pimco Emerg. Mkts. Bd. | A | Dividend | L | T | | | | | |
| 145. | | | | | | | | | |
| 146. iShares Russell 2000 Val. | A | Dividend | K | T | | | | | |
| 147. iShares Barclays US TIPS Bond Fd | B | Dividend | L | T | | | | | |
| 148. iShares Barclays US Agg. Bd. Fd. | B | Dividend | M | T | | | | | |
| 149. Loomis Sayles Bond | E | Dividend | N | T | | | | | |
| 150. | | | | | | | | | |
| 151. iShares MSCI Emer. Mkt. | A | Dividend | | | Sold | 08/28/17 | K | A | |
| 152. iShares Russ 1000 Gr. | B | Dividend | | | Sold | 08/28/17 | L | E | |
| 153. Lazard Emer. Mkt. | B | Dividend | K | T | | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. T Rowe Price Div. Gr. | A | Dividend | | | Sold | 08/21/17 | K | D | |
| 156. Ally Bk Utah CD | A | Interest | L | T | Buy | 08/30/17 | L | | |
| 157. US Tr. Strip, 2017 (8/17) | A | Interest | | | Redeemed | 08/15/17 | K | B | |
| 158. US Tr. Strip, 2018 (8/18) | A | Interest | K | T | | | | | |
| 159. US Tr. Strip, 2019 (8/19) | A | Interest | K | T | | | | | |
| 160. US Tr. Strip 2019 (8/19) | A | Interest | K | T | | | | | |
| 161. US Tr. Strip, 2020 (8/20) | A | Interest | K | T | | | | | |
| 162. American Express CD | A | Interest | M | T | Buy | 08/30/17 | M | | |
| 163. | | | | | | | | | |
| 164. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 165. DFA Large Cap Value | C | Dividend | | | Sold | 08/28/17 | K | D | |
| 166. Dodge & Co Int'l Stock | A | Dividend | K | T | | | | | |
| 167. | | | | | | | | | |
| 168. iShares Russell 2000 Index (3) | A | Dividend | K | T | | | | | |
| 169. Dodge and Cox Income Fund | C | Dividend | M | T | | | | | |
| 170. US TIPS 2019 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. US Treas Note | A | Interest | K | T | Buy | 01/14/17 | K | | |
| 172. | | | | | | | | | |
| 173. US Strip 11/17 | A | Interest | | | Redeemed | 11/15/17 | K | C | |
| 174. US Strip 11/18 | A | Interest | K | T | | | | | |
| 175. US Strip 8/18 | A | Interest | J | T | | | | | |
| 176. US Strip 11/18 (3) | | | | | | | | | |
| 177. DFA 5 year Global bond | A | Dividend | K | T | | | | | |
| 178. | | | | | | | | | |
| 179. Akerman, LLC (CB) (4) | | | | | | | | | |
| 180. Vanguard 500 Index (4)(a)(i) | | | | | | | | | |
| 181. Ridgeworth Sm. Cap. (4)(a)(ii) | | | | | | | | | |
| 182. Pimco Real Return (4)(b) | C | Dividend | M | T | | | | | |
| 183. Harbor Int'l (4)(b) | D | Dividend | L | T | | | | | |
| 184. Oakmark Fund (4)(b) | C | Dividend | L | T | | | | | |
| 185. Federated Capital (4)(b) | A | Dividend | L | T | | | | | |
| 186. Artisan Mid-Cap Val (4)(a)(iii) | | | | | | | | | |
| 187. Lazard Emer. Mkt. (4)(b) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 3/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Venture JH (4)(b) | B | Dividend | K | T | | | | | |
| 189. Metropolitan West Total Return (4)(b) | D | Dividend | N | T | | | | | |
| 190. VRTS Sm Cap Val (4)(c) | D | Dividend | K | T | Buy | 05/15/17 | K | | |
| 191. Vanguard Inst Index (4)(b) | B | Dividend | M | T | | | | | |
| 192. JPM Mid Cap Value (4)(b) | A | Dividend | K | T | | | | | |
| 193. Vanguard St. Bond (4)(c) | C | Dividend | N | T | Buy | 05/17/17 | N | | |
| 194. Vanguard Treas MM (4)(b) (X) | A | Dividend | L | T | | | | | |
| 195. Pru High Yield Z (4)(c) | C | Dividend | L | T | Buy | 05/15/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes:

1. This is ▮▮▮▮ Vanguard Variable Annuity. It is an insurance product issued by Transamerica Life Ins. which does not reflect interest, dividends or capital gains. The only information provided to me is the beginning and ending value for each position held in the account. The year-end value of these positions has been reported in this report.

2. This is a capital gain. None of the choices listed in the instructions properly describe the nature of this income.

3. Duplicate entry. See Line 174.

4. this is ▮▮▮▮ 401(K) account. The plan's recordkeeper changed in 2017 from SunTrust Bank to Fidelity. The investment line-up had a few manager changes and the investments were moved over to Fidelity.

    (a) Old position at SunTrust

        (i) Now Vanguard Institution Index, Line 191

        (ii) Now Virtus Sm. Cap. Value, Line 190

        (iii) Now JPM Mid-Cap Value, Line 192

    (b) SunTrust position moved to Fidelity

    (c) New position at Fidelity

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Gregory A. Presnell

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544